

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Laura Sack**
212-603-6450 tel
212-379-5224 fax

laurasack@dwt.com

January 26, 2023

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

    Re:    *Lyon v. Paramount Global, et al.*,
            Case No.: 1:22-cv-09229-RA

Dear Judge Abrams:

    This firm represents defendants Paramount Global (f/k/a ViacomCBS Inc.) and Possible Productions Inc. (collectively, "Defendants") in the above-referenced action. We write to respectfully request an adjournment of the initial status conference, currently scheduled for March 24, 2023 at 4 p.m. (in the event the case is not resolved via participation in the Southern District Mediation Program). *See* Dkt. Entry No. 19. This is the first request for an adjournment of the initial status conference. Plaintiff has consented to this request, and granting this request will have no effect on any other scheduled deadlines.

    We make this request because I will be traveling on March 24 and will not be available to participate in a conference on that date, or on the several business days that follow. Counsel for the parties have conferred and are jointly available for a telephonic conference any time at Your Honor's convenience on March 30 or March 31, 2023.

    Thank you for your consideration of this request.

                            Respectfully submitted,

                            /s/ *Laura Sack*
                            Laura Sack

cc:    Scott J. Steiner, Esq. (via ECF)

The initial conference is adjourned until April 7, 2023 at 4:00 p.m. The parties shall submit their joint letter and proposed case management plan one week in advance of the conference.

SO ORDERED.

_____
Hon. Ronnie Abrams
1/30/2023

DWT.COM