UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER LYON,<br><br>                    Plaintiff,<br><br> -v-<br><br>PARAMOUNT GLOBAL f/k/a VIACOMCBS INC. and POSSIBLE PRODUCTIONS INC.,<br><br>                    Defendants. | CIVIL ACTION NO. 22 Civ. 9229 (JGLC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Wednesday, November 8, 2023 at 3:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:    New York, New York
          November 2, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge