

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Laura Sack**
212-603-6450 tel
212-379-5224 fax

laurasack@dwt.com

February 21, 2024

**MEMO ENDORSED**

**IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for February 29, 2024 at 10:00 a.m., is RESCHEDULED for February 28, 2024 at 10:00 a.m. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 90696670#. The Clerk of Court is directed to terminate ECF No. 42.**

**VIA ECF**
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Dated: February 22, 2024
New York, New York

SO ORDERED.

/s/ Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

Re:     *Lyon v. Paramount Global, et al.*, Case No.: 1:22-cv-09229-JGLC

Dear Judge Clarke:

This firm represents Defendants in the above-referenced action, and we write, jointly with counsel for Plaintiff, to respectfully request an adjournment of the conference with the Court, currently scheduled for February 29, 2024 at 10 a.m. This is the first request for an adjournment of this conference, and granting this request will have no effect on any other scheduled deadlines.

The reason for this request is that the parties have a deposition in this action scheduled on February 29, 2024 at Plaintiff counsel's offices. Counsel for the parties have conferred and are jointly available for a remote conference on February 28, 2024 at 10 a.m., 11 a.m., or 3 p.m. at Your Honor's convenience.

Thank you for your consideration of this request.

Respectfully submitted,

HOGAN, ROSSI & LIGUORI                        DAVIS WRIGHT TREMAINE LLP

By: /s/ *Laura Sack*
Laura Sack
Michael L. Lynch
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
(212) 489-8230
*Attorneys for Defendants Paramount Global f/k/a ViacomCBS Inc. and Possible Productions Inc.*

By: /s/ *Scott J. Steiner*
Scott J. Steiner
3 Starr Ridge Road
Brewster, New York 10509
(845) 279-2986
*Attorneys for Plaintiff Jennifer Lyon*

Dated: February 22, 2024
New York, New York