

John J. Hogan
Donald M. Rossi
Michael T. Liguori*

Nancy Tagliafierro*
Jamie Spillane*†
Scott J. Steiner
Brendan J. Liberati*

<u>Of Counsel</u>
Bonnie N. Feinzig
Mary Jane MacCrae

\*   Also Admitted in CT
† Also Admitted in NJ

March 27, 2024

**<u>VIA ECF</u>**
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

**MEMO ENDORSED**

     Re:    Case No. 1:22-cv-09229
                Lyon v. Paramount Global et al

Dear Judge Clarke:

     The purpose of this letter is to request that Document No. 44-3 be sealed due to the unintended filing of a non-redacted version of this document. The document refers to medical information concerning a non-party. We intend to re-file a redacted version of the document.

     We respectfully request that this document be sealed to the public. We have received confirmation from the SDNY helpdesk that they have sealed this document momentarily. We request that you endorse this letter requiring the clerk to place this document under seal.

     Thank you.

Sincerely,

*Scott J. Steiner*
Scott J. Steiner, Esq.

SJS/st

Application GRANTED. ECF No. 44-3 may remain under seal. Plaintiff is directed to file a version of the document publicly, with medical information redacted, by March 29, 2024.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 28, 2024
       New York, New York