**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JENNIFER LYON,

                Plaintiff,

-against-                                22 **CIVIL** 9229 (JGLC)

## JUDGMENT

PARAMOUNT GLOBAL f/k/a VIACOMCBS
INC., et al.,

                Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2025, Defendants' motion for summary judgment is GRANTED, and their sanctions motion is DENIED as MOOT. Accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2025

                                                         **TAMMI M HELLWIG**
                                                        _____
                                                              **Clerk of Court**

                                        **BY:**

                                                              _____
                                                             **Deputy Clerk**